| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SMILEY WANG-EKVALL, LLP<br>Lei Lei Wang Ekvall, State Bar No. 163047<br>lekvall@swelawfirm.com<br>Philip E. Strok, State Bar No. 169296<br>pstrok@swelawfirm.com<br>Robert S. Marticello, State Bar No. 244256<br>rmarticello@swelawfirm.com<br>Michael L. Simon, State Bar No. 300822<br>msimon@swelawfirm.com<br>3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626<br>Telephone: (714) 445-1000  Facsimile: (714) 445-1002 | |
| ☐ Individual appearing without attorney<br>☒ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>WJA ASSET MANAGEMENT, LLC,<br><br><br><br><br>Debtor(s) | CASE NO.: 8:17-bk-11996-SC<br><br>CHAPTER: 11 |
|---|---|
| | **SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B   ☐ Schedule C   ☐ Schedule D   ☐ Schedule E/F   ☐ Schedule G

☐ Schedule H   ☐ Schedule I   ☐ Schedule J   ☐ Schedule J-2   ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Numbers   ☐ Statement of Intention   ☐ Master Mailing List

☒ Other (specify) Master Mailing List for Administratively Consolidated Cases Pursuant to Order
   Granting Motion to Approve Joint Administration of Cases entered 05/19/2017

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 5/22/17

_____
Debtor 1 Signature  HOWARD GROBSTEIN, CRO

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

WJA Asset Management, LLC
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653-1569

Lei Lei Wang Ekvall
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626

1839 Fund I, LLC
500 Executive Blvd #201
Ossining, NY 10562

5827 Winland Hills Dr Dev.Opp Fund
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653

9971 Valley View St
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653

A.W. Greene
2907 Pebble Banks Ct.
Richmond, TX 77406

Alicia Wolff Living 12 mo
PO Box 2690
Valley Center, CA 92082

Alicia Wolff Living 24mo
PO Box 2690
Valley Center, CA 92082

Alicia Wolff Trust
PO Box 2690
Valley Center, CA 92082


Andrea Bridges IRA
26801 Ashford
Mission Viejo, CA 92692


Angie Rust 12 Mo
493 South Grand St.
Orange, CA 92866


Angie Rust 24 Mo
493 South Grand St.
Orange, CA 92866


Anselmo Garcia Roth
P.O. Box 6609
Laguna Niguel, CA 92677


Ashley Captan
28 Foliate Way
Lodera Ranch, CA 92694


Azin Rahmanpanah
4109 Archway
Irvine, CA 92618


Betty Trapp Living Trust
404 Ave De Jose
Redondo Beach, CA 90277

Blake Deluca
21492 Moresby Way
Lake Forest, CA 92630


Brian Allen
7815 Bowen Drive
Whittier, CA 90602


Brian Allen
24 Wooded River Drive
Garden Valley, ID 83622


CA Indexed Growth Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


CA Real Estate Opp. Fund III, LLC
23046 Avenida de la Carlota
Suite 92653
Laguna Hills, CA 92653


Cal Bank & Trust
24012 Calle de la Plata
Suite 140
Laguna Hills, CA 92653-7623


California Indexed Growth Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


Cannon Gasket PSP
7784 Edison Avenue
Fontana, CA 92336

Cannon Gasket PSP
7784 Edison Ave
Fontana, CA 92336


Caprow Family Trust
962 Hihimanu Street
Kihei, HI 96753


Caprow, Yolanda
962 Hihimanu Street
Kihei, HI 96753


Captan Revocable Living Trust
28 Foliate Way
Ladera Ranch, CA 92694


Captan Revocable Trust
28 Foliate Way
Ladera Ranch, CA 92694


Captan Revocable Trust 12 Mo
28 Foliate Way
Lodera Ranch, CA 92694


Captan Revocable Trust 30 days
28 Foliate Way
Lodera Ranch, CA 92694


Carol Dong
1461 Indian Well Dr
Diamond Bar, CA 91765

Carolyn Libby 30 days
2188 Via Mariposa E Unit B
Laguna Woods, CA 92637


Carolyn Libby IRA
2188 Via Mariposa E Unit B
Laguna Woods, CA 92637


Cathy Harmon IRA
47 Gema
San Clemente, CA 92672


Census Multi Family Fund LVN, LLC
23046 Avenida de la Carlota, Suite 150
Laguna Hills, CA 92653


Chang Chen Trust
125 Remington
Irvine, CA 92620


Chavez, Salvador
24191 Fortune Drive
Lake Forest, CA 92630


Chvilicek
1301 East Van Owen Avenue
Orange, CA 92867


Cindy Fazendin SEP IRA
24595 Dardania Avenue
Mission Viejo, CA 92691

Citizens Bank
Spectrum Business Financial Center
23046 Avenida de la Carlota
Suite 140
Laguna Hills, CA 92653-7623


Colton Toch PN
1726 E. Azalea Dr.
Gilbert, AZ 85298


Consumer Debt Asset Fund
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653


Craig Dong
1461 Indian Well Dr
Diamond Bar, CA 91765


Craig Dong 4.3K
1461 Indian Well Dr
Diamond Bar, CA 91765


Craig Dong IRA
1461 Indian Well Dr
Diamond Bar, CA 91765


Daniel McNally
1426 N. Harwood Street
Orange, CA 92867


Daniel McNally 30days
1426 N. Harwood Street
Orange, CA 92867

Danna Family Trust
24096 Ramada Lane
Mission Viejo, CA 92691


Danna Philip
24096 Ramada Lane
Mission Viejo, CA 92691


Danna Philip IRA
24096 Ramada Lane
Mission Viejo, CA 92691


Danna Revocable Living Trust
24096 Ramada Ln.
Mission Viejo, CA 92691


David Hughes Jr. IRA
6 Sendero
Rancho Santa Magarita, CA 92688


Davis, Justin & Kristina
22483 Mission Hills Lane
Yorba Linda, CA 92887


Davis, Justin IRA
22483 Mission Hills Lane
Yorba Linda, CA 92887


Dawn M Danna IRA
24096 Ramada Lane
Mission Viejo, CA 92691

Dean and Cindy James
30722 Fairgreens West
Laguna Niguel, CA 92677


Deed Quest Funding
23335 Grand Springs Drive
Katy, TX 77494


Deluca Family Trust
Blake D. Deluca & Deborah J. Deluca, Tru
21492 Moresby Way
Lake Forest, CA 92630


Deluca Family Trust
Blake D. Deluca & Deborah J. Deluca, Tee
21492 Moresby Way
Lake Forest, CA 92630


Deluca, Blake
21492 Moresby Way
Lake Forest, CA 92630


Dennis Vaccaro SEP IRA
2409 Camino Oleada
San Clemente, CA 92673


Donnelly, Paul
28832 Drakes Bay
Laguna Niguel, CA 92677


Doug Reed
2912 Via Hildago
San Clemente, CA 92673

Doug Reed
2912 Via Hidalgo
San Clemente, CA 92673


Edwards Revocable Trust
19595 Soulsbyville Rd
Soulsbyville, CA 95372


Eggers, Gloria
28832 Drakes Bay
Laguna Niguel, CA 92677


Elaine Garland
21852 Seacrest Ln.
Huntington Beach, CA 92646


Elizabeth Dawn Cooper
Revocable Property Trust
3 Hillgrass Drive
Irvine, CA 92603


Elizabeth Dawn Cooper
33811 Diana Dr
Dana Point, CA 92629


Elizabeth Dawn Cooper
Revocable Property Trust
3 Hillgrass
Irvine, CA 92603


Ellison, Ronald
210 Godfrey Rd
Simpsonville, SC 29681

EMPLOYMENT DEVELOPMENT DEPT.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Equity  Trust Company Custodian
FBO Daniel J. Morefield, IRA
27521 Manor Hill Rd
Laguna Niguel, CA 92677


Equity Indexed Managed Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


Equity Trust Co Custodian FBO Jay Nash
26 Bodega Bay
Irvine, CA 92602


Equity Trust Co FBO
Brian Allen, IRA
24 Wooded River Drive
Garden Valley, ID 83622


Equity Trust Co. Custodian FBO
The Roger and Marilou Heckman Family Tru
33555 Halyard Dr
Dana Point, CA 92629


Equity Trust Co. Custodian FBO
The Marilou Heckman Revocable Trust
33555 Halyard Dr
Dana Point, CA 92629


Equity Trust Co. Custodian FBO
The Roger & Marilou Heckman Family Trust
33555 Halyard Dr
Dana Point, CA 92629

Equity Trust Co. Custodian FBO Trust B u
the Roger & Marilou Heckman Family Trust
33555 Halyard Drive
Dana Point, CA 92629


Equity Trust Co., Custodian
FBO: Brian Allen, IRA
24 Wooded River Drive
Garden Valley, ID 83622


Equity Trust Company
FBO Dennis Vaccaro SEP IRA
2409 Camino Oleada
San Clemente, CA 92673


Equity Trust Company
FBO John Belanich
PO BOX 15062
Irvine, CA 92623


Equity Trust Company
FBO James Revocable Living Trust
30722 Fairgreens West
Laguna Niguel, CA 92677


Equity Trust Company
FBO The Marilou Heckman Revocable Trust
33555 Halyard Dr
Dana Point, CA 92629


Equity Trust Company
FBO Gary Marquis
30322 Marbella Vista
San Juan Capistrano, CA 92675


Equity Trust Company
FBO: Cindy Metzger Fazendin
24595 Dardania Avenue
Mission Viejo, CA 92691

Equity Trust Company
FBO McNally-Krainz Family Trust
840 Flaming Arrow
Prescott, AZ 86301


Equity Trust Company Custodian
FBO Laurel J. Enloe IRA
302 E. Cypress
Anaheim, CA 92805


Equity Trust Company Custodian
FBO The Nash Living Trust
26 Bodega Bay
Irvine, CA 92602


Equity Trust Company Custodian
FBO The Ivar Trust
209 S. Stephanie St. B 124
Henderson, NV 89012


Equity Trust Company Custodian
FBO Laurel J. Enloe
8487 E. Frostwood Street
Anaheim, CA 92808


Equity Trust Company Custodian
FBO Laurel J. Enloe
302 E. Cypress
Anaheim, CA 92805


Equity Trust Company Custodian
FBO Jay Nash IRA
26 Bodega Bay
Irvine, CA 92602


Equity Trust Company Custodian
FBO Carolyn Huntenburg, IRA
61 Bolton St. #202
Cambridge, MA 02140

Equity Trust Company Custodian
FBO William Huntenburg, IRA
61 Bolton St. #202
Cambridge, MA 02140


Equity Trust Company Custodian FBO
Laurel J. Enloe IRA
302 East Cypress
Anaheim, CA 92805


Equity Trust Company Custodian FBO
Jill McFall IRA
8487 East Frostwood Street
Anaheim, CA 92808


Equity Trust Company Custodian FBO
The Ivar Trust
209 S. Stephanie St. B 124
Henderson, NV 89012


Equity Trust Company Custodian FBO
Jill McFall IRA
8487 E. Frostwood St
Anaheim, CA 92808


Equity Trust Company Custodian FBO
Laurel J. Enloe IRA
302 E. Cypress
Anaheim, CA 92805


Equity Trust Company Custodian FBO
Alan C Ivar, IRA
209 S. Stephanie St. B 124
Henderson, NV 89012


Equity Trust Company Custodian FBO
Gloria Maxine Eggers and Paul Donnelly T
28832 Drakes Bay
Laguna Niguel, CA 92677

Equity Trust Company Custodian FBO
Kenneth McFall IRA
8487 E. Frostwood St
Anaheim, CA 92808


Equity Trust Company FBO
Gloria Maxine Eggers & Paul Donnelly Tru
28832 Drakes Bay
Laguna Niguel, CA 92677


Equity Trust Company FBO
Shirley Somerville, IRA
28385 La Pradera
Laguna Niguel, CA 92677


Equity Trust Company FBO
Yolanda Caprow, IRA
962 Hihimanu Street
Kihei, HI 96753


Equity Trust Company FBO
Robert W. Caprow, IRA
962 Hihimanu Street
Kihei, HI 96753


Equity Trust Company FBO
Robert Fields, IRA
28792 Mira Vista
Laguna Niguel, CA 92677


Equity Trust Company FBO
Val Dodd, IRA
2848 Saint Dizier
Henderson, NV 89044


Equity Trust Company FBO
Theodore H Toch, Roth IRA
21265 San Miguel
Mission Viejo, CA 92692

Equity Trust Company FBO
Theodore H Toch, IRA
21265 San Miguel
Mission Viejo, CA 92692


Equity Trust Company FBO
Sarah Hodgman, IRA
1913 Rockmoor
Fort Worth, TX 76134


Equity Trust Company FBO
Roger Wong Mulley
6000 Tarin Road
Wilmington, NC 28409


Equity Trust Company FBO
Richard Fazendin IRA
23692 Calle Hogar
Mission Viejo, CA 92691


Equity Trust Company FBO
Pinkowski Family Trust
2124 Colina Del Arco Iris
San Clemente, CA 92673


Equity Trust Company FBO
Philip C. Danna Jr., Roth IRA
24096 Ramada lane
Mission Viejo, CA 92691


Equity Trust Company FBO
Paul Joseph Kirch, IRA
35 Malibu
Laguna Niguel, CA 92677


Equity Trust Company FBO
Paul Donnelly, SEP IRA
28832 Drakes Bay
Laguna Niguel, CA 92677

Equity Trust Company FBO
Nash Living Trust
26 Bodega Bay
Irvine, CA 92602


Equity Trust Company FBO
Michelle Dodd, IRA
2848 Saint Dizier
Henderson, NA 89044


Equity Trust Company FBO
Michael A. Wisnev, IRA
3208 Bonnie Hill Drive
Los Angeles, CA 90068


Equity Trust Company FBO
Marc Allan Ottestad, IRA
1331 Fawn Ridge
Brea, CA 92821


Equity Trust Company FBO
Kenneth Terpening, IRA
8516 Dreyfus Drive
Peoria, AZ 85381


Equity Trust Company FBO
Kenneth McFall, IRA
8487 East Frostwood Street
Anaheim, CA 92808


Equity Trust Company FBO
Keith Bridges, IRA
26801 Ashford
Mission Viejo, CA 92692


Equity Trust Company FBO
Joseph M. Gerosa, IRA
22131 Jonesport Lane
Huntington Beach, CA 92646

Equity Trust Company FBO
Josefina Karpecki
2736 Burgener Blvd
San Diego, CA 92110


Equity Trust Company FBO
John Sullivan, Individual
10752 Walnut St #D
Los Alamitos, CA 90720


Equity Trust Company FBO
John Clark Stancil, ROTH IRA
8517 Galway Place
San Diego, CA 92129


Equity Trust Company FBO
Joan E. Toch, ROTH IRA
21265 San Miguel
Mission Viejo, CA 92692


Equity Trust Company FBO
James Rev Living Trust, Dean James, Trus
30722 Fairgreens West
Laguna Niguel, CA 92677


Equity Trust Company FBO
James Lee Kirkpatrick
2010 Jimmy Durante Blvd #220
Del Mar, CA 92014


Equity Trust Company FBO
GME Trust
28832 Drakes Bay
Laguna Niguel, CA 92677


Equity Trust Company FBO
William Joseph Hanson, IRA
16401 Normandy Lane
Huntington Beach, CA 92647

Equity Trust Company FBO
William J. Huntenburg, IRA
61 Bolton Street #202
Cambridge, MA 02140


Equity Trust Company FBO
Elizabeth Dawn Cooper Rev Prof Trust
3 Hillgrass Drive
Irvine, CA 92603


Equity Trust Company FBO
Carolyn Huntenburg, IRA
61 Bolton Street #202
Cambridge, MA 02140


Equity Trust Company FBO
Elizabeth Cooper, IRA
3 Hillgrass Drive
Irvine, CA 92603


Equity Trust Company FBO
Deborah L Ivar, IRA
209 S. Stephanie Street B 124
Henderson, NV 89012


Equity Trust Company FBO
Dawn Danna, IRA
24096 Ramada Lane
Mission Viejo, CA 92691


Equity Trust Company FBO
Kristina Marie Davis, IRA
22483 Mission Hills Lane
Yorba Linda, CA 92887


Equity Trust Company FBO
Dale P. Wright, IRA
9542 Scotstoun Drive
Huntington Beach, CA 92646

Equity Trust Company FBO
Cindy Fazendin, SEP IRA
24595 Dardania Ave
Mission Viejo, CA 92691


Equity Trust Company FBO
Cathy Harmon, IRA
47 Gema
San Clemente, CA 92672


Equity Trust Company FBO
Alan C. Ivar, IRA
209 S. Stephanie Street #B124
Henderson, NV 89012


Equity Trust Company FBO
Roger J. Mulley
6000 Tarin Road
Wilmington, NC 28409


Equity Trust Company FBO
Tonya Pinkowski, IRA
2124 Colina Del Arco Iris
San Clemente, CA 92673


Equity Trust Company FBO
Thomas Pinkowski, IRA
2124 Colina Del Arco Iris
San Clemente, CA 92673


Equity Trust Company FBO
John E. Tilley, IRA
14 Poddy Hills Road
Laguna Niguel, CA 92677


Equity Trust Company FBO
Joseph M. Gerosa, IRA
22131 Jonesport Lane
Huntington Beach, CA 44145

Equity Trust Company FBO Brian Allen, IR
24 Wooded River Drive
Garden Valley, ID 83622


Equity Trust Company FBO Daniel J.
Vahalla & Mary G Vahalla Trust, 07/26/90
1353 Burgundy Road
Encinitas, CA 92024


Equity Trust Company FBO Navarro Retail
Group Inc. Defined Benefit Trust
4340 Von Karman, Suite #200
Newport Beach, CA 92660


Equity Trust Company FBO Padova Trust As
James A. Padova, M.D and Marilyn A. Pado
1209 N. Bay Front
Balboa Island, CA 92662


Equity Trust Company FBO Philip and Dawn
Danna Revocable Living Trust
24096 Ramada Lane
Mission Viejo, CA 92691


Equity Trust Company FBO Spartan-Fortis
Irrev. Trust, "Optima Holdings, LLC" Tte
2450 St. Rose Parkway, Ste. #120
Henderson, NV 89074


Equity Trust Company FBO The Marilou
Heckman Rev. Trust, Marilou Heckman, Tte
33555 Halyard Dr
Dana Point, CA 92629


Equity Trust Company, Custodian
FBO: Richard J Fazendin
23692 Calle Hogar
Mission Viejo, CA 92691

Equity Trust Company, Custodian FBO
Cindy Fazendin
PO Box 451249
Cleveland, OH 44145


Equity Trust Company, Custodian FBO:
Richard Fazendin IRA
PO Box 451249
Cleveland, OH 44145


Eric Juarez
898 Elkridge St.
Brea, CA 92821


Eric Scott Dietzel, IRA Acct # Z141197
PO Box 451340
Westlake, OH 44145


ETC FBO
2011 C.F. Byrne Revocable Trust
25415 Eshelman Avenue
Lomita, CA 90717


ETC FBO
William and Carolyn Huntenburg
61 Bolton Street #202
Cambridge, MA 02140


ETC FBO
Cannon Gasket, Inc. Pension PSP
7784 Edison Ave
Fontana, CA 92336


ETC FBO
Robinson Family Dynasty Trust
4300 Southern Boulevard
Kettering, OH 45429

ETC FBO Angie B. Rust IRA
493 South Grand Street
Orange, CA 92866


ETC FBO Ann Armstrong IRA
813 Amaryllis Lane
Venice, FL 34292


ETC FBO Beneficary Marilou Heckman IRA
33555 Halyard Dr
Dana Point, CA 92629


ETC FBO Cannon Gasket Inc. Pension
PSP FBO Billy P. Cannon
7784 Edison Ave
Fontana, CA 92336


ETC FBO Carl Huntenburg IRA
61 Bolton Street #202
Cambridge, MA 02140


ETC FBO Carl Roger Ekholm
35292 Vista De Todo,
Capistrano Beach, CA 92624


ETC FBO Carl Roger Ekholm IRA
35292 Vista De Todo
Capistrano Beach, CA 92624


ETC FBO Cindy Fazendin SEPIRA
23692 Calle Hogar
Mission Viejo, CA 92691

ETC FBO D. James Armstrong IRA
813 Amaryllis Lane
Venice, FL 34292


ETC FBO Dale P. Wright IRA
9542 Scotstoun Drive
Huntington Beach, CA 92646


ETC FBO Daniel Winkelpleck IRA
6878 Etiwanda Avenue
Etiwanda, CA 91739


ETC FBO Dennis Vaccaro IRA
2409 Camino Oleada
San Clemente, CA 92673


ETC FBO Donney F. Ramsey
28011 Cascabel
Mission Viejo, CA 92692


ETC FBO Elaine Garland
419 Main Street #33
Huntington Beach, CA 92648


ETC FBO Ferguson Family Trust
9 Stolen Will Court
Stafford, VA 22554


ETC FBO Fields Family Living Trust
28792 Mira Vista
Laguna Niguel, CA 92677

ETC FBO Gloria Maxine
Eggers Trustee, GME Trust
28832 Drakes Bay
Laguna Niguel, CA 92677


ETC FBO Gloria Maxine Eggers IRA
28832 Drakes Bay
Laguna Niguel, CA 92677


ETC FBO Goldberg-Pynchon Famiy Trust
444 North La Jolla Avenue
Los Angeles, CA 90048


ETC FBO James Armstrong IRA
813 Amaryllis Lane
Venice, FL 34292


ETC FBO Jeff Shirkani SEP IRA
32421 Caribbean Drive
Dana Point, CA 92629


ETC FBO Jill McFall IRA
8487 East Frostwood Street
Anaheim, CA 92808


ETC FBO John Clark Stancil
8517 Galway Place
San Diego, CA 92129


ETC FBO John Mack IRA
1838 Victoria Avenue
Los Angeles, CA 90019

ETC FBO Justin and Kristina Davis
22483 Mission Hills Lane
Yorba Linda, CA 92887


ETC FBO Kenneth James Terpening IRA
8516 Dreyfus Drive
Peoria, AZ 85381


ETC FBO Kenneth Terpening IRA
8516 Dreyfus Drive
Peoria, AZ 85381


ETC FBO Marilou Heckman IRA
33555 Halyard Dr
Dana Point, CA 92629


ETC FBO Michael Wisnev IRA
3208 Bonnie Hill Drive
Los Angeles, CA 90068


ETC FBO Morefield Family Trust
27521 Manor Hill Road
Laguna Niguel, CA 92677


ETC FBO Paul Joseph Kirch IRA
35 Malibu
Laguna Niguel, CA 92677


ETC FBO Paul Kirch IRA
35 Malibu
Laguna Niguel, CA 92677

ETC FBO Penny Stewart IRA
14455 Preston Rd., Apt. 128
Dallas, TX 75254


ETC FBO Pinkowski Family Trust
2124 Colina Del Arco Iris
San Clemente, CA 92673


ETC FBO Richard Fazendin IRA
23692 Calle Hogar
Mission Viejo, CA 92691


ETC FBO Richard J. Fazendin IRA
23692 Calle Hogar
Mission Viejo, CA 92691


ETC FBO Ritch S. Wright IRA
9542 Scotstoun Drive
Huntington Beach, CA 92646


ETC FBO Ritchie S. Wright IRA
9542 Scotstoun Drive
Huntington Beach, CA 92646


ETC FBO Ritchie Wright IRA
9542 Scotstoun Drive
Huntington Beach, CA 92646


ETC FBO Robert E. Fields IRA
28792 Mira Vista
Laguna Niguel, CA 92677

ETC FBO Robert Fields IRA
28792 Mira Vista
Laguna Niguel, CA 92677


ETC FBO Robinson Family Dynasty Trust
4300 Southern Boulevard
Kettering, OH 45429


ETC FBO Robinson Living Trust
4300 Southern Boulevard
Kettering, OH 45429


ETC FBO Sarah Hodgman Trustee
1913 Rockmoor
Fort Worth, TX 76134


ETC FBO Sarah Hodgman TTEE
1913 Rockmoor
Fort Worth, TX 76134


ETC FBO Stephen Goldberg IRA
444 North La Jolla Avenue
Los Angeles, CA 90048


ETC FBO Susan Hagstrom
26616 Meadow Crest Drive
Laguna Hills, CA 92653


ETC FBO The Egger Trust
28832 Drakes Bay
Laguna Niguel, CA 92677

```
ETC FBO The Eggers Trust
28832 Drakes Bay
Laguna Niguel, CA 92677


ETC FBO The Revocable Hanson
Inter Vivos Trust
16401 Normandy Lane
Huntington Beach, CA 92647


ETC FBO The Revocable Hanson Inter Vivos
16401 Normandy Lane
Huntington Beach, CA 92647


ETC FBO Thomas & Dori Lewis
33681 Scottys Cove Drive
Dana Point, CA 92629


ETC FBO Thomas Pinkowski
2124 Colina Del Arco Iris
San Clemente, CA 92673


ETC FBO Thomas Pinkowski IRA
2124 Colina Del Arco Iris
San Clemente, CA 92673


ETC FBO Tom & Dori Lewis
33681 Scottys Cove Drive
Dana Point, CA 92629


ETC FBO Tonya Pinkowski IRA
2124 Colina Del Arco Iris
San Clemente, CA 92673
```

ETC FBO Vaccaro Family Trust
2409 Camino Oleada
San Clemente, CA 92673


ETC FBO Val Dodd IRA
2848 Saint Dizier
Henderson, NV 89044


ETC FBO William and Carolyn Huntenburg
61 Bolton St. #202
Cambridge, MA 02140


ETC FBO William and Carolyn Huntenburg
61 Bolton Street #202
Cambridge, MA 02140


ETC FBO William J. Hanson IRA
16401 Normandy Lane
Huntington Beach, CA 92647


ETC FBP Mary Gwen Ferguson IRA
9 Stolen Will Court
Stafford, VA 22554


ETC FBP Michael Wisnev IRA
3208 Bonnie Hill Drive
Los Angeles, CA 90068


Eva Herring
33 Goldbriar Way
Mission Viejo, CA 92692

Ferguson Family Trust
9 Stolen Will Court
Stafford, VA 22554


Field Family Trust
28792 Mira Vista
Laguna Niguel, CA 92677


Fields, Robert IRA
28792 Mira Vista
Laguna Niguel, CA 92677


FRANCHISE TAX BOARD
Bankruptcy Section MS: A-260
P.O. Box 2952
Sacramento, CA 95812-2952


GAIL TURNER SAVITSKI
1214 Via Visalia
San Clemente, CA 92672


Garcia, Susan
P.O. Box 6609
Laguna Niguel, CA 92677


Garland, Cynthia
22236 Anthony Dr
Lake Forest, CA 92630


Garland, Elaine
21852 Seacrest Lane
Huntington Beach, CA 92646

Gary Gough
24711 Montee Royale St
Laguna Hills, CA 92653


Gary Gough SEP IRA
24711 Montee Royale St
Laguna Hills, CA 92653


Garza, Gloria
701 Calle de Silva
Redlands, CA 92374


Garza, Gloria IRA
701 Calle de Silva
Redlands, CA 92374


Generoso Santa Maria Reye IRA
25741 Morales
Mission Viejo, CA 92691


Gerald and Kristy Ellis
2007 Hemmingway Pl
San Jacinto, CA 92583


Gerosa, Joseph 24mo
22131 Jonesport Lane
Huntington Beach, CA 92646


Gerosa, Joseph 30days
22131 Jonesport Lane
Huntington Beach, CA 92646

Gina Ambrose
22995 Bouquet Canyon
Mission Viejo, CA 92692


Gloria Maxine Eggers
28832 Drakes Way
Laguna Niguel, CA 92677


Gloria Maxine Eggers I
28832 Drakes Way
Laguna Niguel, CA 92677


Grace Liu 12 Mo
8552 Naples Drive
Huntington Beach, CA 92646


Grado Family Living Trust
24972 Woolwich Street
Laguna Hills, CA 92653


Grado Trust
24972 Woolwich Street
Laguna Hills, CA 92653


Hagstrom, Susan
26616 Meadow Crest Drive
Laguna Hills, CA 92653


Harmon Family Trust
47 Gema
San Clemente, CA 92672

Heckman Family Trust
33555 Halyard Dr
Dana Point, CA 92629


Heckman Family Trust B
33555 Halyard Drive
Dana Point, CA 92629


Heckman Revocable Trust
33555 Halyard Drive
Dana Point, CA 92629


Heckman, Marilou
33555 Halyard Dr
Dana Point, CA 92629


Heckman, Marilou IRA
33555 Halyard Dr
Dana Point, CA 92629


Huntenburg
61 Bolton Street #202
Cambridge, MA 02140


INTERNAL REVENUE SERVICE
P.O. Box 7346
Philadelphia, PA 19101-7346


Itakorn Rapeepat ROTH
1020 Calle Venezia
San Clemente, CA 92672

James Alan Vickers
25032 Via Elevado
Dana Point, CA 92629


James Armstrong IRA
813 Amaryllis Lane
Venice, FL 34292


James Coyle 24mo
3719 West Dahlia Drive
Phoenix, AZ 85029


James D. Dickinson T/U/Will of James Doc
Dickinson, James D. Dickinson TTEE
12455 San Bruno Cove
San Diego, CA 92130


Jan Keuthan ROTH IRA 12mo
25591 Leeward Dr.
Dana Point, CA 92629


Janice E. Nelson
484 Cliff Drive #14
Laguna Beach, CA 92651


Jay Nash 12mo
26 Bodega Bay
Irvine, CA 92602


Jeffrey Kurszewski
82 Via Sonrisa
San Clemente, CA 92673

Jeffrey Kurszewski IRA
82 Via Sonrisa
San Clemente, CA 92673


Jeffrey Shirkani Trust
32421 Caribbean Drive
Dana Point, CA 92629


John Sullivan
10752 Walnut Street #D
Los Alamitos, CA 90720


John Sullivan
10752 Walnut St #D
Los Alamitos, CA 90220


John Sullivan IND
10752 Walnut Street #D
Los Alamitos, CA 90720


John Sullivan IND 2
10752 Walnut St #D
Los Alamitos, CA 90220


John Sullivan IND 3
10752 Walnut St #D
Los Alamitos, CA 90220


John Sullivan IND 4
10752 Walnut St #D
Los Alamitos, CA 90220

John Sullivan IRA
10752 Walnut St #D
Los Alamitos, CA 90220


John Sullvan IND
10752 Walnut St #D
Los Alamitos, CA 90220


John Wilkins
27256 Via Burgos
Mission Viejo, CA 92691


John Wilkins IND
27256 Via Burgos
Mission Viejo, CA 92691


John Wilkins IRA
27256 Via Burgos
Mission Viejo, CA 92691


Joseph Parisi IRA
7443 Tenaya Ct
Highland, CA 92346


Julia Barbosa & Julie Prendiz
18 Salvatore
Ladera Ranch, CA 92694


Keith Bridges
26801 Ashford
Mission Viejo, CA 92692

Kenneth Culver SEP IRA 12mo
24441 La Cresta Drive
Dana Point, CA 92629

Kenneth McFall
8487 East Frostwood Street
Anaheim, CA 92808

Kenneth McFall
8487 E Frostwood ST
Anaheim, CA 92808

Kenneth Terpening
8516 W Dreyfus Dr
Peoria, AZ 85381

Keuthan, Jan
25591 Leeward Drive
Dana Point, CA 92629

Kingdom Trust Company
FBO WJA Secure Income Fund
23046 Avenida De La Carlota, Suite 150
Laguna Hills, CA 92653

Kingdom Trust Company
FBO Secure California Income Fund
23046 Avenida De La Carlota, Suite 150
Laguna Hills, CA 92653

Kingdom Trust Company
FBO PMB Managed Fund
23046 Avenida De La Carlota, Suite 150
Laguna Hills, CA 92653

```
Kingdom Trust Company
FBO Equity Indexed Managed Fund
23046 Avenida De La Carlota, Suite 150
Laguna Hills, CA 92653


Kingdom Trust Company
FBO California Indexed Growth Fund
23046 Avenida De La Carlota, Suite 150
Laguna Hills, CA 92653


Kingdom Trust Company
FBO Equity Indexed Managed Fund
23046 Avenida De La Carolta, Suite 150
Laguna Hills, CA 92653


Kingdom Trust Company
FBO CA Express Fund
23046 Avenida De La Carolta, Suite 150
Laguna Hills, CA 92653


Kingdom Trust Company FBO
California Real Estate Opportunity Fund
23046 Avenida De La Carolta, Suite 150
Laguna Hills, CA 92653


Kingdom Trust Company FBO
WJA Real Estate Opportunity Fund I, LLC
23046 Avenida De La Carolta, Suite 150
Laguna Hills, CA 92653


Kingdom Trust Company FBO WJA Secure
Real Estate Fund
23046 Avenida De La Carlota, Suite 150
Laguna Hills, CA 92653


Kingdom Trust FBO:
WJA Real Estate Opportunity Fund I, LLC
23046 Avenida De La Carlota, Suite 150
Laguna Hills, CA 92653
```

Kingdom Trust FBO:
CA Real Estate Opportunity Fund II, LLC
23046 Avenida De La Carlota, Suite 150
Laguna Hills, CA 92653


Laurel Enloe
302 E Cypress
Anaheim, CA 92805


Lee Harmon
47 Gema
San Clemente, CA 92672


Lemmon, Linda Trust
16282 Hawaii Lane
Huntington Beach, CA 92649


Lemmon, Paul & Linda Trust
16282 Hawaii Lane
Huntington Beach, CA 92649


Lengy Nash
26 Bodega Bay
Irvine, CA 92602


Leticia Wilkins
27256 Via Burgos
Mission Viejo, CA 92691


Lewis
33681 Scottys Cove Drive
Dana Point, CA 92629

Linda Lemmon Trust
16282 Hawaii Lane
Huntington Beach, CA 92649


Linda Remee Lemmon Trust
16282 Hawaii Lane
Huntington Beach, CA 92649


Loriann L McKain IRA
17 Seacountry Lane
Rancho Santa Margarita, CA 92688


Loriann McKain
17 Seacountry Lane
Rancho Santa Margarita, CA 92688


Lynn Rice
29 Sprucewood
Aliso Viejo, CA 92656


M&E Herring
33 Goldbriar Way
Mission Viejo, CA 92692


Manzo Family Trust
1820 Vista Marea
San Clemente, CA 92673


Marc Ottestad IRA
1331 Fawn Ridge
Brea, CA 92821

Marilou heckman
33555 Halyard Drive
Dana Point, CA 92629


Marya Sherer-Nielander IRA
22101 Robin St.
Lake Forest, CA 92630


McNally-Krainz Family Trust
840 Flaming Arrow
Prescott, AZ 86301


McNally-Krainz Family Trust 30
1426 N. Harwood Street
Orange, CA 92867


Merritt, Robert
14691 Countrywood Ln.
Irvine, CA 92604


Michael Bezner
11842 Mullholand
Stafford, TX 77477


Michael D Green
4332 Hillside Road
Brea, CA 92823


Michael Will
25112 Whitespring
Mission Viejo, CA 92692

Mickey Payne
29826 Sandling Court
Laguna Niguel, CA 92677


Moliero IRA
400 Deal Lake Drive, Apt 6D
Asbury Park, NJ 07712


Monaghan
14 Acorn
Irvine, CA 92604


Monaghan, Mark
14 Acorn
Irvine, CA 92604


Monte & Eva Alderete Herring
33 Goldbriar Way
Mission Viejo, CA 92692


Monte Herring
33 Goldbriar Way
Mission Viejo, CA 92692


Morefield
27521 Manor Hill Road
Laguna Niguel, CA 92677


Morefield, Dan
27521 Manor Hill Road
Laguna Niguel, CA 92677

Morrell Family Trust 12Mo
4 Lawnridge
Trabuco Canyon, CA 92679

Mountain West IRA FBO Sharon A Collins I
10096 W Fairview Ave, #160
Boise, ID 83704

Nancy White ROTH
2000 Saint Phillip Street
New Orleans, LA 70116

Nash Living Trust 12mo
26 Bodega Bay
Irvine, CA 92602

Orval W Dietzel, ROTH IRA Acct #Z100780
PO Box 451340
Westlake, OH 44145

Ottestad Family Trust 24 Mo
1331 Fawn Ridge
Brea, CA 92821

Pabon
3409 Eleanor Pl
National City, CA 91950

Parisi Family Trust 12 mo
7443 Tenaya Ct
Highland, CA 92346

Parisi Family Trust 12 mo #2
7443 Tenaya Ct
Highland, CA 92346


Parisi Family Trust 24 mo
7443 Tenaya Ct
Highland, CA 92346


Paul & Linda Lemmon Trust
16282 Hawaii Lane
Huntington Beach, CA 92649


Paul Joseph Kirch TTEE
35 Malibu
Laguna Niguel, CA 92677


Paul Kirch
35 Malibu
Laguna Niguel, CA 92677


Paul Kirch IRA
35 Malibu
Laguna Niguel, CA 92677


Paul Kirch IRA 12 mo
35 Malibu
Laguna Niguel, CA 92677


Paul KIrch IRA 12 Mo #2
35 Malibu
Laguna Niguel, CA 92677

Paul Kirch Trust
35 Malibu
Laguna Niguel, CA 92677


Paul Lemmon and Linda Lemmon Trust
16282 Hawaii Lane
Huntington Beach, CA 92649


Paul Lemmon Trust
16282 Hawaii Lane
Huntington Beach, CA 92649


Paula Krainz
840 Flaming Arrow
Prescott, AZ 86301


PENSCO Trust Company Custodian FBO
Christine D Shirkani Roth IRA
32421 Caribbean Drive
Dana Point, CA 92629


Philip & Dawn Danna Rev Living Trust
24096 Ramada Ln.
Mission Viejo, CA 92691


Philip and Dawn Danna Revocable
24096 Ramada Ln.
Mission Viejo, CA 92691


Pinkowksi Family Trust
745 W Back Forty Dr
Eagle, ID 83616

PMB Managed Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


Polo Plaza
3790 Via De La Valle
Suite 210
Del Mar, CA 92014


Prosper Managed Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


Ramsey, Donney
28011 Cascabel
Mission Viejo, CA 92692


Randolph, Doug
21 Calle Verano
Rancho Santa Margarita, CA 92688


Realty solutions Group, LTD
73 Beardmore Cres
Acton Ontario CANADA L7J-2Z1


Reed, Essie
8651 Foothill Blvd. #126
Rancho Cucamonga, CA 91730


Reyes ROTH IRA
25741 Morales
Mission Viejo, CA 92691

Richard Chvilicek
1301 E. Van Owen Ave.
Orange, CA 92807


Ritch & Dale Wright Family Trust
9542 Scotstoun Drive
Huntington Beach, CA 92646


Robert and Carolyn Merritt
14691 Countrywood Lane
Irvine, CA 92604


Robert Caprow
962 Hihimanu Street
Kihei, HI 96753


Robert Caprow IRA
962 Hihimanu Street
Kihei, HI 96753


Robert Couture
1441 Mesa Road
Nipomo, CA 93444


Robert Couture
1441 Mesa Road, Nipomo
Nipomo, CA 93444


Robert Fields
28792 Mira Vista
Laguna Niguel, CA 92677

Robert Fields IRA
28792 Mira Vista
Laguna Niguel, CA 92677


Robert Geraci IRA
511 California St #8
Huntington Beach, CA 92648


Robert Stesheltz and Karen 12Mo
21 Dawn Lane
Aliso Viejo, CA 92656


Robert Stesheltz and Karen 24 M
21 Dawn Lane
Aliso Viejo, CA 92656


Robert Stesheltz and Karen Crai
21 Dawn Lane
Aliso Viejo, CA 92656


Robert Taylor
5002 Pendleton Court
Los Angeles, CA 90056


Robinson Family Dynasty Trust
4300 Southern Boulevard
Kettering, OH 45429


Rochelle Skodi
9542 Scotstoun Drive
Huntington Beach, CA 92646

```
Roger J Mulley PN3
6000 Tarin Rd
Wilmington, NC 28409


Roger Mulley IND
6000 Tarin Road
Wilmington, NC 98409


Roger Wong Mulley
6000 Tarin Rd
Wilmington, NC 28409


Roger Wong Mulley 30 days
6000 Tarin Rd
Wilmington, NC 28409


Ronald Ellison IRA 12mo
210 Godfrey Rd
Simpsonville, SC 29681


Ronald Shoenberger
PO Box 13455
Spokane Valley, WA 99213-2455


Ronald Shoenberger
PO Box 13455
Spokane Valley, WA 99213-3455


Roohk Revocable Living Trust
23952 La Hermosa Ave
Laguna Niguel, CA 92677
```

Roxanne Cherry
29245 Pompano Way
Laguna Niguel, CA 92677

RTH Investment
1201 Emerald Bay
Laguna Beach, CA 92651

RTH Investment 12Mo
1201 Emerald Bay
Laguna Beach, CA 92651

Ruby Carson
11621 Norma Lane
Garden Grove, CA 92840

Rudy & Julie Prendiz
18 Salvatore
Ladera Ranch, CA 92694

Rudy and Jolie Prendiz
PO BOX 73055
San Clemente, CA 92673

Rudy Torres Prendiz IRA
18 Salvatore
Ladera Ranch, CA 92694

Scott Garland
22236 Anthony Dr.
Lake Forest, CA 92630

Secure California Income Fund
23046 Avenida De La Carlota, suite 150
Laguna Hills, CA 92653


Secure California Income Fund
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653


Skodi Trust
9542 Scotstoun Drive
Huntington Beach, CA 92646


Stan and Gail Savitski
1214 Via Visalia
San Clemente, CA 92672


Stan and Gail Savitski Family T
1214 Via Visalia
San Clemente, CA 92672


Stan Pavlas
PO Box 451340
Westlake, OH 44145


Stan Saviski
1214 Via Visalia
San Clemente, CA 92672


STATE BOARD OF EQUALIZATION
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029

Steve William
430 Narcissus Ave
Corona Del Mar, CA 92625


Steve William Ind
430 Narcissus Ave
Corona Del Mar, CA 92625


Steve Williams Holding
430 Narcissus Avenue
Corona Del Mar, CA 92625


Steve Williams IND
430 Narcissus Ave
Corona Del Mar, CA 92625


Steve Williams SEP IRA
430 Narcissus Ave
Corona Del Mar, CA 92625


Stormy Panosian
8705 Ottawa River Circle
Fountain Valley, CA 92708


Susan Berkowitz
31922 Bartlett St.
Acton, CA 93510


Susan Foltz
123 Esplanade
San Clemente, CA 92672

Susan Foltz 24 mo
123 Esplanade
San Clemente, CA 92672


Susan Knight IND
33742 Avenida Calita
San Juan Capistrano, CA 92675


TD Opportunity Fund
23046 Avenida De La Carlota, suite 150
Laguna Hills, CA 92653


TD Opportunity Fund
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


TD Opportunity Fund, LLC
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653


TD REO Fund, LLC
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653


Teresa Sellar, IRA
4 Shea Ridge
Las Flores, CA 92688


Terpening, Annette
8516 W Dreyfus Dr
Peoria, AZ 85381

Texas Capital Holdings Fund I, LP
19627 I-45 North, Suite 420
Spring, TX 77388


The Edwards 1995 Revocable Trust
19595 Soulsbyville Rd
Soulsbyville, CA 95372


The Marilou Heckman Revocable Trust
33555 Halyard Drive
Dana Point, CA 92629


The Realty Associates Fund VIII, LP
1301 Dove Street
Suite 860
Newport Beach, CA 92660


The Savitski Family Trust,
dated January 09, 1990
1214 Via Visalia
San Clemente, CA 92672


The Wayne Mertes Company, A Partnership
8 Wild Flower
Laguna Niguel, CA 92677


Theodore, Brown
3411 East  Barrington Drive
Orange, CA 92869


Thomas and Tonya Pinkowski
2124 Colina Del Arco Iris
San Clemente, CA 92673

Thomas B Lewis &  Dori Lewis
33681 Scotty Cove Drive
Dana Point, CA 92629


Thomas B Lewis & Dori Lewis
33681 Scotty Cove Drive
Dana Point, CA 92629


Thomas Pinkowski
745 W. Back Forty Drive
Eagle, ID 83616


Thomas Pinkowski
2124 Colina Del Arco Iris
San Clemente, CA 92673


Tilley Family Trust 12 Mo
14 Poppy Hills Rd.
Laguna Niguel, CA 92677


Tilley Family Trust 30 days
14 Poppy Hills Rd.
Laguna Niguel, CA 92677


Toch Family 650K
7 Cantar St
Rancho Mission Viejo, CA 92694


Toch Family Trust
7 Cantar St
Rancho Mission Viejo, CA 92694

Toch Family Trust 12 mo
7 Cantar St
Rancho Mission Viejo, CA 92694

Toch Family Trust 30 days
7 Cantar St
Rancho Mission Viejo, CA 92694

Tom & Dori Lewis
33681 Scotty Cove Drive
Dana Point, CA 92629

Tom Lowis
33681 Scotty Cove Drive
Dana Point, CA 92629

US SECURITIES EXCHANGE COMM.
Attn. Bankruptcy Counsel
444 South Flower Street
Suite 900
Los Angeles, CA 90071-9591

Vaccaro, Dennis  IRA
2409 Camino Oleada
San Clemente, CA 92673

Val Dodd 30 days
2848 Saint Dizier
Henderson, NV 89044

Vickers, James & Rebecca Revocable Trust
4761 Sharp Shooter Way
Prescott, AZ 86301

Wayne Mertes Company
8 Wildflower
Laguna Niguel, CA 92677


William and Megan Bryant
264 South Hillcrest
Anaheim, CA 92807


William E. Fleck & Sally L. Fleck Family
401 Loma Larga Dr
Solana Beach, CA 92075


William Somerville IRA
28385 La Pradera
Laguna Niguel, CA 92677


Winkelpleck Family Trust
6878 Etiwanda Ave.
Etiwanda, CA 91739


Wisnev, Michael IRA
3208 Bonnie Hill Dr.
Los Angeles, CA 90068


Witchey Family Trust
24832 Hon Avenue
Laguna Hills, CA 92653


WJA Asset Management LLC
23046 Avenida De La Carlota, Suite 150
Laguna Hills, CA 92653

WJA Asset Management, LLC
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653


WJA Asset Management, LLC
23046 Avenida De La Carlota Suite 150 Fi
Laguna Hills, CA 92653


WJA RE Oppty Fund 1
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


WJA RE Oppty Fund 2
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


WJA Real Estate Opportunity Fund I
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653


WJA Real Estate Opportunity Fund II
23046 Avenida De La Carlota, suite 150
Laguna Hills, CA 92653


WJA Real Estate Opportunity II
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


WJA Secure Income Fund
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653

WJA Secure Real Estate
23046 Avenida De La Carlota
Suite 150
Laguna Hills, CA 92653


WJA Secure Real Estate Fund
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653


Yolanda Caprow
962 Hihimanu Street
Kihei, HI 96753


Yolanda Caprow
962 Hihimanu Street
Khei, HI 96753


Yolanda Caprow IND
962 Hihimanu Street
Kihei, HI 96753


Yolanda Caprow IRA
962 Hihimanu Street
Kihei, HI 96753

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 23, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Lei Lei Wang Ekvall     lekvall@swelawfirm.com,
csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
Michael J Hauser     michael.hauser@usdoj.gov
Christopher J Langley     chris@langleylegal.com, ecfllf@gmail.com;omar@langleylegal.com
Robert S Marticello     Rmarticello@swelawfirm.com,
csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **May 23, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Hon. Scott C. Clarkson
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 5130/Ctrm. 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 23, 2017 | Margaret Sciesinski | /s/ *Margaret Sciesinski* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

2669193.1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.