PETER C. ANDERSON
United States Trustee
Frank Cadigan (Bar No. 95666)
Assistant United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: Frank.Cadigan@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>WJA ASSET MANAGEMENT, LLC,<br><br>Debtor-in-Possession.<br><br>☐ Affects 5827 WINLAND HILLS DRIVE DEVELOPMENT FUND, LLC<br>☐ Affects ALABAMA HOUSING FUND, LLC<br>☐ Affects CA EXPRESS FUND, LLC<br>☐ Affects CA SEE JANE GO FUND, LLC<br>☐ Affects CA WHIRL FUND, LLC<br>☐ Affects CLAIRTON RESIDENTIAL RENEWAL, LLC<br>☒ **Affects EQUITY INDEXED MANAGED FUND, LLC**<br>☐ Affects LUXURY ASSET PURCHASING INTERNATIONAL, LLC<br>☐ Affects LVNV MULTI FAMILY LLC<br>☐ Affects PMB MANAGED FUND, LLC<br>☐ Affects PROSPER MANAGED FUND, LLC<br>☒ **Affects TD OPPORTUNITY FUND, LLC**<br>☒ **Affects TD REO FUND, LLC** | Case No. 8:17-bk-11996-SC<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:17-bk-11997-SC; 8:17-bk-11998-SC; 8:17-bk-11999-SC; 8:17-bk-12000-SC; 8:17-bk-12001-SC; 8:17-bk-12002-SC; 8:17-bk-12003-SC; 8:17-bk-12004-SC; 8:17-bk-12005-SC; 8:17-bk-12006-SC; 8:17-bk-12008-SC; 8:17-bk-12009-SC; 8:17-bk-12010-SC; 8:17-bk-12011-SC; 8:17-bk-12012-SC; 8:17-bk-12013-SC; 8:17-bk-12014-SC; 8:17-bk-12015-SC; 8:17-bk-12016-SC; 8:17-bk-12018-SC; and 8:17-bk-12019-SC)<br><br>APPOINTMENT AND NOTICE OF APPOINTMENT OF **JOINT COMMITTEE** OF CREDITORS HOLDING UNSECURED CLAIMS IN:<br><br>**(1) TD Opportunity Fund, LLC (17-12009-SC);**<br><br>**(2) TD REO Fund, LLC (17-12010-SC);**<br><br>**(3) Equity Indexed Managed Fund, LLC (17-12003-SC); and**<br><br>**(4) WJA Secure Real Estate Fund, LLC (17-12016-SC)** |

☐ Affects URBAN PRODUCE FUND, LLC

☐ Affects WHIRL FUND, LLC

☐ Affects WJA EXPRESS FUND, LLC

☐ Affects WJA REAL ESTATE OPPORTUNITY FUND I, LLC

☐ Affects WJA REAL ESTATE OPPORTUNITY FUND II, LLC

☒ **Affects WJA SECURE REAL ESTATE FUND, LLC**

☐ Affects WJA SECURE INCOME FUND, LLC

☐ Affects WILLIAM JORDAN INVESTMENTS, INC.

☐ Affects All Debtors

_____

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, DEBTORS, DEBTORS' ATTORNEY AND PARTIES IN INTEREST:**

Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following seven (7) members to serve on a Joint Committee of Creditors holding unsecured claims in the following cases: TD Opportunity Fund, LLC (17-12009-SC); TD REO Fund, LLC (17-12010-SC); Equity Indexed Managed Fund, LLC (17-12003-SC) and WJA Secure Real Estate Fund, LLC (17-12016-SC).

**SEE EXHIBIT "A" ATTACHED**

Dated: May 30, 2017                    Respectfully submitted,
                                       PETER C. ANDERSON
                                       UNITED STATES TRUSTEE

                              By:      */S/ Frank Cadigan*
                                       Frank Cadigan
                                       Assistant United States Trustee

# EXHIBIT A

1. Steve Williams
   20 Hillgate Place
   Aliso Viejo, CA  92656

2. John Sullivan
   110752 Walnut St., #D
   Los Alamitos, CA  90720

3. Kenneth R. McFall
   32158 Camino Capistrano, STE A PMB 124
   San Juan Capistrano, CA 92675

4. Jay Nash
   26 Bodega Bay
   Irvine, CA 92602

5. Monte Herring & Eva Alderete Herring
   33 Goldbriar Way
   Mission Viejo, CA 92692

6. Daniel Morefield
   27521 Manor Hill Rd
   Laguna Niguel, CA 92677

7. Robert Caprow
   962 Hihimanu Street
   Kihei, HI 96753

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 W. 4th St., #7160, Santa Ana, CA  92701

A true and correct copy of the foregoing document entitled APPOINTMENT AND NOTICE OF APPOINTMENT OF **JOINT COMMITTEE** OF CREDITORS HOLDING UNSECURED CLAIMS IN: **TD Opportunity Fund, LLC (17-12009-SC); TD REO Fund, LLC (17-12010-SC); Equity Indexed Managed Fund, LLC (17-12003-SC); and WJA Secure Real Estate Fund, LLC (17-12016-SC)**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 30, 2017,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated belo

- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
- Steven J. Katzman    SKatzman@bmkattorneys.com, admin@bmkattorneys.com
- Christopher J Langley    chris@langleylegal.com, ecfllf@gmail.com;omar@langleylegal.com
- Robert S Marticello    Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
- Michael Simon    msimon@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
- Philip E Strok    pstrok@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;hdavis@swelawfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:  On **May 30, 2017,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**WJA Asset Management LLC**
Attn:  Howard Grobstein
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653

**SEE EXHIBIT "A" ATTACHED**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 30, 2017,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott Clarkson--- bin on the 5th fl.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/30/2017 | Tari King | /s/ Tari King |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                       **F 9013-3.1.PROOF.SERVICE**