1  Mark S. Horoupian (CA Bar No. 175373)
    mhoroupian@sulmeyerlaw.com
2  Jessica L. Vogel (CA Bar No. 285328)
    jvogel@sulmeyerlaw.com
3  **Sulmeyer**Kupetz
  A Professional Corporation
4  333 South Hope Street, Thirty-Fifth Floor
  Los Angeles, California 90071-1406
5  Telephone: 213.626.2311
  Facsimile: 213.629.4520

7  Attorneys for Official Committee of
  Unsecured Creditors of TD REO, LLC, TD
  Opportunity Fund, LLC, Equity Index Managed
8  Fund, LLC, and WJA Secure Real Estate Fund, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:17-bk-11996-SC |
| WJA ASSET MANAGEMENT, LLC, | Chapter 11 |
| Debtor-in-Possession. | (Jointly Administered with Case Nos. 8:17-bk-11997-SC; 8:17-bk-11998-SC; 8:17-bk-11999-SC; 8:17-bk-12000-SC; 8:17-bk-12001-SC; 8:17-bk-12002-SC; 8:17-bk-12003-SC; 8:17-bk-12004-SC; 8:17-bk-12005-SC; 8:17-bk-12006-SC; 8:17-bk-12008-SC; 8:17-bk-12009-SC; 8:17-bk-12010-SC; 8:17-bk-12011-SC; 8:17-bk-12012-SC; 8:17-bk-12013-SC; 8:17-bk-12014-SC; 8:17-bk-12015-SC; 8:17-bk-12016-SC; 8:17-bk-12018-SC; 8:17-bk-12019-SC; 8:17-bk-12124-SC; 8:17-bk-12125-SC; 8:17-bk-12126-SC; and 8:17-bk-12127-SC) |
| ☒ Affects 5827 WINLAND HILLS DRIVE DEVELOPMENT FUND, LLC | |
| ☐ Affects ALABAMA HOUSING FUND, LLC | |
| ☐ Affects CA EXPRESS FUND, LLC | |
| ☐ Affects CA SEE JANE GO FUND, LLC | |
| ☐ Affects CA WHIRL FUND, LLC | |
| ☐ Affects CLAIRTON RESIDENTIAL RENEWAL, LLC | |
| ☐ Affects EQUITY INDEXED MANAGED FUND, LLC | |
| ☒ Affects LUXURY ASSET PURCHASING INTERNATIONAL, LLC | **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TD REO, LLC, TD OPPORTUNITY FUND, LLC, EQUITY INDEX MANAGED FUND, LLC, AND WJA SECURE REAL ESTATE FUND, LLC RESPONSE TO MOTION OF LUXURY ASSET PURCHASING INTERNATIONAL, LLC TO ASSUME AGREEMENT WITH SHAPOURI & ASSOCIATES PURSUANT TO 11 U.S.C. § 365, TO APPROVE RETENTION UNDER 11 U.S.C. § 327(a),** |
| ☐ Affects LVNV MULTI FAMILY LLC | |
| ☐ Affects PMB MANAGED FUND, LLC | |
| ☐ Affects PROSPER MANAGED FUND, LLC | |
| ☐ Affects TD OPPORTUNITY FUND, LLC | |
| ☒ Affects TD REO FUND, LLC | |
| ☐ Affects URBAN PRODUCE FUND, LLC | |

DAP\ 2580731.1

|  |  |
|---|---|
| ☐ Affects WHIRL FUND, LLC<br>☐ Affects WJA EXPRESS FUND, LLC<br>☐ Affects WJA REAL ESTATE OPPORTUNITY FUND I, LLC<br>☐ Affects WJA REAL ESTATE OPPORTUNITY FUND II, LLC<br>☐ Affects WJA REAL ESTATE FUND, LLC<br>☐ Affects WJA SECURE INCOME FUND, LLC<br>☐ Affects WILLIAM JORDAN INVESTMENTS, INC.<br>☐ Affects CA REAL ESTATE OPPORTUNITY FUND II, LLC<br>☐ Affects CALIFORNIA INDEXED GROWTH FUND, LLC<br>☐ Affects SECURE CALIFORNIA INCOME FUND, LLC<br>☐ Affects All Debtors | AND FOR AUTHORITY TO PAY COMPENSATION UNDER 11 U.S.C. § 330 ON TERMS IN AGREEMENT AND MOTION OF MEMBERS 5827 WINLAND HILLS DRIVE DEVELOPMENT FUND AMENDED NOTICE OF HEARING ON MOTION OF LUXURY ASSET PURCHASING INTERNATIONAL, LLC TO ASSUME AGREEMENT WITH SHAPOURI & ASSOCIATES PURSUANT TO 11 U.S.C. § 365, TO APPROVE RETENTION UNDER 11 U.S.C. § 327(a), AND FOR AUTHORITY TO PAY COMPENSATION UNDER 11 U.S.C. § 330 ON TERMS IN AGREEMENT AND MOTION OF MEMBERS 5827 WINLAND HILLS DRIVE DEVELOPMENT FUND |

The Official Committee of Unsecured Creditors of TD REO, LLC, TD Opportunity Fund, LLC, Equity Index Managed Fund, LLC and WJA Secure Real Estate Fund, LLC (the "Committee"), hereby responds to the above-captioned motion (the "Motion"):

The Committee and its counsel have consulted with Debtors' counsel regarding the Motion and have explained their concerns with the relief requested therein. In general, the Committee understands and agrees that, based on the information available to the Committee today, the continued development of the Winland Hills property provides the creditors with an interest in that property, either directly or indirectly, with a significant potential to maximize their recoveries in these cases. With that sentiment in mind, the Committee has agreed that the employment of Shapouri & Associates ("Shapouri") is appropriate. The Committee anticipates reaching an agreement with the Debtors regarding the form of order approving the Motion, which would address the Committee's following concerns:

///

///

1. Allocation of Payment of Shapouri's Fees: The Committee advised that it wished to assure that each of the three funds that have an interest in Luxury Asset Purchasing International, LLC ("LAPI"), TD REO, LLC ("TD REO"), CA Real Estate Opportunity Fund III, LLC ("CAREOpp III") and 5827 Winland Hills Drive Development Fund, LLC ("Winland") pay their appropriate share of the fees called for under Shapouri's contract. To that end, the Debtors have proposed that the fees be shared according to the percentage ownership of each fund. The Debtors advised that Winland does not currently have sufficient funds to cover its full share of the fees remaining under the contract. To address this, the Debtors have proposed, and the Committee has agreed, that the other two funds (TD REO and CAREOpp III) may fund any shortfall, in exchange for an interest free promissory note from Winland for the amounts paid on its behalf. The Committee's agreement in this regard is only with respect to the fees to be paid to Shapouri. Other capital needs of the project will need to be addressed separately.

2. Prior to making future progress payments to Shapouri, the Committee requests that it be provided with progress reports so that it can evaluate and confirm that Shapouri has earned the fee(s) for which he is requesting payment. The Committee antipates that the Chief Restructuring Officer, Mr. Grobstein, would not pay Shapouri a progress payment unless he has completed the tasks required to trigger that payment. Nonetheless, the Committee wishes to be advised of that progress, and reserves its rights to object to any payment proposed to be made to Shapouri.

3. The Committee understands that Mr. Jim Nichols, an executive of certain of the Debtors, is intimately involved in this project and is overseeing it on the Debtor's behalf. The Committee also understands that Mr. Nichols is recovering from surgery. The Committee requests that when Mr. Nichols is able, he provide the Committee with a progress report and timeline for the completion of the project, including a budget anticipated sources of payment of the future capital needs of the project.

As stated above, the Committee anticipates working with the Debtors' counsel on a form order that addresses its concerns. The position stated herein are submitted to preserve the

1  Committee's rights in the event that an agreement on the form of order cannot be reached.

Respectfully submitted,

Dated:  June 12, 2017

**Sulmeyer**Kupetz
A Professional Corporation

By: */s/ Mark S. Horoupian*
Mark S. Horoupian
Attorneys for Official Committee of
Unsecured Creditors of TD REO, LLC,
TD Opportunity Fund, LLC, Equity Index Managed
Fund, LLC, and WJA Secured Real Estate Fund, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TD REO, LLC, TD OPPORTUNITY FUND, LLC, EQUITY INDEX MANAGED FUND, LLC, AND WJA SECURE REAL ESTATE FUND, LLC RESPONSE TO MOTION OF LUXURY ASSET PURCHASING INTERNATIONAL, LLC TO ASSUME AGREEMENT WITH SHAPOURI & ASSOCIATES PURSUANT TO 11 U.S.C. § 365, TO APPROVE RETENTION UNDER 11 U.S.C. § 327(a), AND FOR AUTHORITY TO PAY COMPENSATION UNDER 11 U.S.C. § 330 ON TERMS IN AGREEMENT AND MOTION OF MEMBERS 5827 WINLAND HILLS DRIVE DEVELOPMENT FUND AMENDED NOTICE OF HEARING ON MOTION OF LUXURY ASSET PURCHASING INTERNATIONAL, LLC TO ASSUME AGREEMENT WITH SHAPOURI & ASSOCIATES PURSUANT TO 11 U.S.C. § 365, TO APPROVE RETENTION UNDER 11 U.S.C. § 327(a), AND FOR AUTHORITY TO PAY COMPENSATION UNDER 11 U.S.C. § 330 ON TERMS IN AGREEMENT AND MOTION OF MEMBERS 5827 WINLAND HILLS DRIVE DEVELOPMENT FUND** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 12, 2017 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL:**
On June 12, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Leslie E. Winchell Trustee of the Winchell
Living Trust Dated September 14, 2006
c/o Ginger Larson, Esq. Larson Solecki LLP
43460 Ridge Park Drive, Suite 255
Temecula, CA 92590

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 12, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
Bin by 5th floor elevators
411 W. Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 12, 2017 | Debbie A. Perez | /s/ Debbie A. Perez |
|---|---|---|
| Date | Printed Name | Signature |

DAP\ 2580729.1 6/12/2017 (9:03 AM) This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Kyra E Andrassy on behalf of Debtor WJA Asset Management LLC
kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Frank Cadigan on behalf of U.S. Trustee United States Trustee (SA)
frank.cadigan@usdoj.gov

Lei Lei Wang Ekvall on behalf of Debtor 5827 Winland Hills Drive Development Fund LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor Alabama Housing Fund LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor CA Express Fund LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor CA Real Estate Opportunity Fund I, LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor CA Real Estate Opportunity Fund II, LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor CA Real Estate Opportunity Fund III, LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor CA See Jane Go Fund LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor CA Whirl Fund LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor California Indexed Growth Fund, LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor Clairton Residential Renewal LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor Equity Indexed Managed Fund LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor LVNV Multi Family LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor Luxury Asset Purchasing International LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor PMB Managed Fund LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor Prosper Managed Fund LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor Secure California Income Fund, LLC

DAP\ 2580729.1 6/12/2017 (9:03 AM) This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor TD Opportunity Fund LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor TD Reo Fund LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor Urban Produce Fund LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor WJA Asset Management LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor WJA Express Fund LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor WJA Real Estate Oportunities Fund I LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor WJA Real Estate Opportunity Fund II LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor WJA Secure Income Fund LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor WJA Secure Real Estate Fund LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor Whirl Fund LLC
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Lei Lei Wang Ekvall on behalf of Debtor William Jordan Investments Inc
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mhoroupian@sulmeyerlaw.com,
ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com

Steven J. Katzman on behalf of Interested Party Courtesy NEF
SKatzman@bmkattorneys.com, admin@bmkattorneys.com

Christopher J Langley on behalf of Interested Party Courtesy NEF
chris@langleylegal.com, ecfllf@gmail.com;omar@langleylegal.com

Robert S Marticello on behalf of Debtor 5827 Winland Hills Drive Development Fund LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor Alabama Housing Fund LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor CA Express Fund LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

DAP\ 2580729.1 6/12/2017 (9:03 AM) This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Robert S Marticello on behalf of Debtor CA Real Estate Opportunity Fund I, LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor CA Real Estate Opportunity Fund II, LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor CA Real Estate Opportunity Fund III, LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor CA See Jane Go Fund LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor CA Whirl Fund LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor California Indexed Growth Fund, LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor Clairton Residential Renewal LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor Equity Indexed Managed Fund LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor LVNV Multi Family LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor Luxury Asset Purchasing International LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor PMB Managed Fund LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor Prosper Managed Fund LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor Secure California Income Fund, LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor TD Opportunity Fund LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor TD Reo Fund LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor Urban Produce Fund LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor WJA Asset Management LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor WJA Express Fund LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor WJA Real Estate Oportunities Fund I LLC

DAP\ 2580729.1 6/12/2017 (9:03 AM) This form is mandatory. It been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                F 9013-3.1.PROOF.SERVICE

Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor WJA Real Estate Opportunity Fund II LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor WJA Secure Income Fund LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor WJA Secure Real Estate Fund LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor Whirl Fund LLC
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert S Marticello on behalf of Debtor William Jordan Investments Inc
Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Michael Simon on behalf of Debtor WJA Asset Management LLC
msimon@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Philip E Strok on behalf of Debtor WJA Asset Management LLC
pstrok@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;hdavis@swelawfirm.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

DAP\ 2580729.1 6/12/2017 (9:03 AM) This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE