**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
Robert S. Marticello, State Bar No. 244256
rmarticello@swelawfirm.com
Michael L. Simon, State Bar No. 300822
msimon@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445-1000
Facsimile:   714 445-1002

Attorneys for Debtors-in-Possession



**FILED & ENTERED**

**SEP 18 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>WJA ASSET MANAGEMENT, LLC,<br><br>        Debtor-in-Possession.<br><br>☐ Affects 5827 WINLAND HILLS DRIVE DEVELOPMENT FUND, LLC<br>☐ Affects ALABAMA HOUSING FUND, LLC<br>☐ Affects CA EXPRESS FUND, LLC<br>☐ Affects CA SEE JANE GO FUND, LLC<br>☐ Affects CA WHIRL FUND, LLC<br>☐ Affects CLAIRTON RESIDENTIAL RENEWAL, LLC<br>☐ Affects EQUITY INDEXED MANAGED FUND, LLC<br>☐ Affects LUXURY ASSET PURCHASING INTERNATIONAL, LLC<br>☐ Affects LVNV MULTI FAMILY LLC<br>☐ Affects PMB MANAGED FUND, LLC<br>☐ Affects PROSPER MANAGED FUND, LLC<br>☐ Affects TD OPPORTUNITY FUND, LLC<br>☒ Affects TD REO FUND, LLC | Case No. 8:17-bk-11996-SC<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:17-bk-11997-SC; 8:17-bk-11998-SC; 8:17-bk-11999-SC; 8:17-bk-12000-SC; 8:17-bk-12001-SC; 8:17-bk-12002-SC; 8:17-bk-12003-SC; 8:17-bk-12004-SC; 8:17-bk-12005-SC; 8:17-bk-12006-SC; 8:17-bk-12008-SC; 8:17-bk-12009-SC; 8:17-bk-12010-SC; 8:17-bk-12011-SC; 8:17-bk-12012-SC; 8:17-bk-12013-SC; 8:17-bk-12014-SC; 8:17-bk-12015-SC; 8:17-bk-12016-SC; 8:17-bk-12018-SC; 8:17-bk-12019-SC; 8:17-bk-12124-SC; 8:17-bk-12125-SC; 8:17-bk-12126-SC; 8:17-bk-12127-SC and 8:17-bk-12285-SC)<br><br>**ORDER APPROVING STIPULATION BETWEEN TD REO FUND, LLC, AND CARON GRANTON RESOLVING REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**<br><br>DATE:    September 20, 2018<br>TIME:    11:00 a.m.<br>CTRM:   5C<br>             U.S. Bankruptcy Court<br>             411 West Fourth Street<br>             Santa Ana, California 92701 |

☐ Affects URBAN PRODUCE FUND, LLC
☐ Affects WHIRL FUND, LLC
☐ Affects WJA EXPRESS FUND, LLC
☐ Affects WJA REAL ESTATE OPPORTUNITY FUND I, LLC
☐ Affects WJA REAL ESTATE OPPORTUNITY FUND II, LLC
☐ Affects WJA SECURE REAL ESTATE FUND, LLC
☐ Affects WJA SECURE INCOME FUND, LLC
☐ Affects WILLIAM JORDAN INVESTMENTS, INC.
☐ Affects CA REAL ESTATE OPPORTUNITY FUND I, LLC
☐ Affects CA REAL ESTATE OPPORTUNITY FUND II, LLC
☐ Affects CALIFORNIA INDEXED GROWTH FUND, LLC
☐ Affects SECURE CALIFORNIA INCOME FUND, LLC
☐ Affects CA REAL ESTATE OPPORTUNITY FUND III, LLC
☐ Affects All Debtors

The Court having reviewed the *Stipulation Between TD REO Fund, LLC, and Caron Granton Resolving Request for Allowance and Payment of Administrative Claim* (the "Stipulation") and the *Request for Allowance and Payment of Administrative Expense Claim* (the "Motion"), which is set for a hearing on September 20, 2018, at 11:00 a.m. and is unopposed,

**IT IS HEREBY ORDERED**:

(1)     The Motion is resolved pursuant to the terms set forth in the Stipulation, which is approved; and

(2)     Upon entry of this Order, TD REO Fund, LLC, is authorized to pay Caron Granton the sum of $19,500 as an administrative expense claim.

(3) The hearing on September 20, 2018 at 11:00 a.m. is VACATED.

**IT IS SO ORDERED.**

###

Date: September 18, 2018

Scott C. Clarkson
United States Bankruptcy Judge