

**FILED & ENTERED**

**MAR 20 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>WJA Asset Management LLC,<br><br><br><br>Debtor(s). | Case No.: 8:17-bk-11996-SC<br><br>CHAPTER 11<br><br>**ORDER CONTINUING HEARING ON SALE MOTION [DK. 1783]**<br><br>New Date/Time:<br>Date:     May 3, 2023<br>Time:     1:30 PM<br>Courtroom:  5C |

The April 19, 2023 hearing on the Motion Of Luxury Asset Purchasing International, LLC, For Order Authorizing Sale Of Real Property Free And Clear Of Liens Pursuant To 11 U.S.C. Section 363(b) And (f) [Dk. 1783] is thereby CONTINUED to May 3, 2023, at 1:30 p.m.

**IT IS SO ORDERED.**

Date: March 20, 2023

Scott C. Clarkson
United States Bankruptcy Judge

-1-